

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00165-CV

---

$60,427.11 U.S. CURRENCY, Appellant

V.

THE STATE OF TEXAS, Appellee

§   On Appeal from the 78th District Court

§   of Wichita County (166,034-B)

§   July 11, 2019

§   Opinion by Justice Womack

---

**JUDGMENT**

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
     Justice Dana Womack